IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY SCHINAGEL and
PENNY SCHINAGEL, Husband and wife,

      Plaintiffs,

v.                                                                               No. Civ. 07-481 LH/RLP

THE CITY OF ALBUQUERQUE,
ALBUQUERQUE POLICE DEPARTMENT,
RUSSELL MOORE,
RAYMOND DEL GRECO,
LEE SPEER and JOHN DOES 1-15,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** came before the Court on April 13, 2009 through April 16, 2009, for a jury trial. The jury returned a Verdict on April 16, 2009. Based on that Jury Verdict, and the answers to the questions therein, the Court finds that judgment should be entered for Plaintiffs Gary and Penny Schinagel on their Fourth Amendment unlawful entry claim against Defendant Russell Moore, in the amount of $1.00 each. According to the Jury Verdict, the Court further enters final judgment in favor of the Defendants on each of the Plaintiffs' other claims. This Final Judgment adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that Final Judgment is entered for Plaintiff Gary Schinagel and against Defendant Russell Moore in the amount of $1.00 and that Final Judgment is entered for Plaintiff Penny Schinagel and against Defendant Russell Moore in the amount of $1.00.

                                                                                       _____
                                                                     SENIOR UNITED STATES DISTRICT JUDGE