IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GARY SCHINAGEL and**
**PENNY SCHINAGEL, Husband and wife,**

      Plaintiffs,

vs.                                                                              No. CIV-07-0481 LH/RLP

**THE CITY OF ALBUQUERQUE,**
**ALBUQUERQUE POLICE DEPARTMENT**
**RUSSELL MOORE,**
**RAYMOND DEL GRECO,**
**LEE SPEER and JOHN DOES 1-15,**

      Defendants.

**STIPULATED ORDER SETTING ASIDE JUDGMENTS**

**THIS MATTER** came before the Court on the parties' Joint Motion to Set-Aside Judgments. This Court reviewed the Motion and authorities cited therein, considered the arguments made by counsel, and noted that the parties, including Plaintiffs, do not oppose this Motion. Accordingly, this Court finds that the parties' Joint Motion to Set Aside Judgments is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Final Judgment *[Docket No. 179]* is hereby set aside.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Amended Final Judgment *[Docket No. 204]* is hereby set aside.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:

Respectfully submitted,

WAGNER FORD & ASSOCIATES, PA


By:    /s/_____
       KENNETH R. WAGNER
       LISA P. FORD
       200 Lomas Boulevard NW, Suite 850
       Albuquerque, NM 87102

       and

       LIANE E. KERR LAW OFFICES, LLC
       Liane E. Kerr, Esq.
       1011 4th Street NW
       Albuquerque, NM 87102

       Attorneys for Plaintiffs

Respectfully submitted,

ROBLES, RAEL & ANAYA, P.C.


By:    /s/ Terri Beach_____
       Terri Beach
       Attorneys for City Defendants
       500 Marquette Ave., NW, Suite 700
       Albuquerque, New Mexico  87102
       (505) 242-2228 (telephone)
       (505) 242-1106 (facsimile)

2